AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
10:44 am, Jan 19, 2021
**JEFFREY P. COLWELL, CLERK**

United States of America

v.

**ROBERT GIESWEIN**

)
)
)
)
)
)

Case No.   21-mj-00085

Colorado Case No.   21-mj-00010-STV

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                    **ROBERT GIESWEIN**                    ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ☒ Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

18 USC 111(a)(2) Assault on a federal officer
18 USC 1361, 2  Aiding and Abetting Destruction of Federal Property
18 USC 1512(c)(2) Obstruction of a federal proceeding
18 USC 1752(a) Violent entry or disorderly conduct
40 USC 5104(e) Knowingly entering or remaining in any restricted building or grounds without lawful authority

Date:     01/16/2021

2021.01.16
15:33:18 -05'00'

*Issuing officer's signature*

City and state:  Washington D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/16/2021 , and the person was arrested on *(date)* 1/19/2021 at *(city and state)* Teller County, Divide, CO |
| Date: 1/19/2021 |
| *Arresting officer's signature* |
| Anna Rinner, FBI Special Agent |
| *Printed name and title* |

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**ROBERT GIESWEIN**<br><br>**Date of Birth: XXXXXXXX**<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:21-mj-00085<br>Assigned To : Faruqui, Zia M.<br>Assign. Date : 01/16/2021<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ in the District of _____ Columbia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111(a)(2) | Assault on a federal officer |
| 18 USC 1361, 2 | Aiding and Abetting Destruction of Federal Property |
| 18 USC 1512(c)(2) | Obstruction of a federal proceeding |
| 18 USC 1752(a) | Violent entry or disorderly conduct |
| 40 USC 5104(e) | Knowingly entering or remaining in any restricted building or grounds without lawful authority |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Cameron Graham, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone (specifically reliable electronic means).

Date: _____ 01/16/2021 _____

2021.01.16
15:36:00 -05'00'
_____
*Judge's signature*

City and state: _____ Washington D.C. _____

_Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case: 1:21-mj-00085 |
|  | : | Assigned To : Faruqui, Zia M. |
| **v.** | : | Assign. Date : 01/16/2021 |
|  | : | Description: Complaint w/ Arrest Warrant |
|  | : | **18 U.S.C. § 111(b)** |
|  | : | **(Assault on a Federal Officer)** |
| **ROBERT GIESWEIN** | : |  |
| **Defendant.** | : | **18 U.S.C. § 1361** |
|  | : | **(Destruction of Government Property)** |
|  | : |  |
|  | : | **18 U.S.C. § 1512(c)(2)** |
|  | : | **(Obstruction of an Official Proceeding)** |
|  | : |  |
|  | : | **18 U.S.C. § 1752(a)** |
|  | : | **(Restricted Building or Grounds)** |
|  | : |  |
|  | : | **40 U.S.C. § 5104(e)(2)** |
|  | : | **(Violent Entry or Disorderly Conduct)** |
|  | : |  |
|  | : | **18 U.S.C. § 2** |
|  | : | **(Aiding and Abetting)** |
|  | : |  |
|  | : | **UNDER SEAL** |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Cameron Graham, being first duly sworn, hereby depose and state as follows:

### PURPOSE OF AFFIDAVIT

1.      This Affidavit is submitted in support of a Criminal Complaint charging ROBERT GIESWEIN with violations of 18 U.S.C. § 111(a)(2), 18 U.S.C. § 1361, 18 U.S.C. § 1512(c)(2), 18 U.S.C. § 1752(a), 40 U.S.C. § 5104(e), and 18 U.S.C. § 2, and I respectfully submit that this Affidavit establishes probable cause to believe that GIESWEIN (1) did forcibly assault, resist, oppose, impede, intimidate, and interfere with a federal officer using a dangerous weapon; (2) did aid and abet the destruction of government property; (3) corruptly did obstruct, influence, or impede any a proceeding before the Congress, (4) did knowingly enter or remain in any restricted building

1

or grounds without lawful authority, or did knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct; (5) did willfully and knowingly engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of any deliberations of either House of Congress. Specifically, on or about January 6, 2021, GIESWEIN traveled to Washington, D.C., assaulted and intimidated U.S. Capitol Police officers with a spray canister, temporary barrier, and baseball bat; knowingly and willfully joined and encouraged a crowd of individuals who forcibly entered the U.S. Capitol; impeded, disrupted, and disturbed the orderly conduct of business by the United States House of Representatives and the United States Senate; and obstructed, impeded, and interfered with a law enforcement officer carrying out duties incident to and during the civil disorder at the U.S. Capitol.

## **BACKGROUND OF AFFIANT**

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Washington Field Office. I am a graduate of the FBI Academy at Quantico, Virginia and I have been an FBI Special Agent for over three years. In that time I have investigated several violations, to include counterterrorism. I have received training and I have gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, advanced open-source research, and various other criminal laws and procedures. Prior to my employment as an FBI agent, I served as an Infantryman and Captain in the Military Intelligence branch of the U.S. Army. In addition to this knowledge, I have had extensive training in federal law.

3.     Unless otherwise stated, the information in this Affidavit is either personally known to me, has been provided to me by other individuals, or is based on a review of various documents, records, and reports.  Because this Affidavit is submitted for the limited purpose of establishing probable cause to support an application for an arrest warrant, it does not contain every fact known by me or the United States.  The dates listed in this Affidavit should be read as "on or about" dates.

## **BACKGROUND**

*ncursion at t e   S  Capitol on Januar*

1.     The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2.     On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3.     On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m.  Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5.      At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building.  The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6.      At such time, the certification proceedings still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

7.      Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol

without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured.  The proceedings resumed at approximately 8:00 pm after the building had been secured.  Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

8.      During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

*O               S*

1.      ROBERT GIESWEIN is a 24-year-old resident of Woodland Park, Colorado. GIESWEIN appears to be affiliated with the radical militia group known as the Three Percenters. For context, the Three Percenters (also referred to as 3 Percenters or III%ers) is a domestic militia that advocates for resistance to the U.S. federal government polices it considers to infringe on personal, local, and gun ownership rights. This group is loosely allied with the Oath Keepers, another anti-government militia, and has provided security services for various right-wing protests and movements.  GIESWEIN has posted multiple pictures on his Facebook profile in which GIESWEIN flashes hand signs commonly used by the Three Percenters, while posing in front of a Three Percenters flag with others wearing clothing bearing Three Percenters logos.  In addition, I believe based on social media postings that GIESWEIN runs a private paramilitary training group called the Woodland Wild Dogs.  Notably, when GIESWEIN participated in the January 6, 2021 incursion of the U.S. Capitol as set forth below, a patch for the Woodland Wild Dogs was visible on the front of his tactical military-style vest.

## STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE

2.      I have studied video footage and still photographs of the January 6, 2021, incursion of the Capitol, and have identified an individual in them as GIESWEIN through comparison of these images to GIESWEIN's Colorado driver's license photo and GIESWEIN's social media accounts.  As described below, these images establish that on January 6, 2021, GIESWEIN assaulted federal officers outside of the Capitol; observed and encouraged other rioters as they broke a window of the Capitol building; entered the building through that broken window; and then charged through the Capitol building.

3.      In all of the photographs and videos that capture GIESWEIN outside and inside the U.S. Capitol on January 6, 2021, GIESWEIN is in distinctive paramilitary gear.  He is wearing a camouflage shirt underneath a reinforced military-style vest; an army-style helmet marked with orange tape and patches; goggles; and a black camouflage patterned backpack.

4.      In one video taken at the Capitol on January 6 and posted online,[1] GIESWEIN is visible outdoors in a large crowd underneath a temporary Inauguration viewing stand.  The crowd GIESWEIN is in is pushing up against and attempting to dislodge a temporary barrier between the crowd and a group of U.S. Capitol Police officers.  At the approximately 32 minute and 59 second mark of the video, GIESWEIN —recognizable by his distinctive military-style helmet and patch— steps forward, lifts a black canister in his hand, and sprays an unidentified substance at the law enforcement officers:

---

[1] https://www.youtube.com/watch?v=P34tO5eaLhg&bpctr=1610750110

Pictures 1 and 2:



5.     A still photograph[2] taken outside the Capitol shows GIESWEIN helping a crowd of people lift and force a temporary barrier against a crowd of U.S. Capitol Police officers:

---

[2]       https:///www.shutterstock.com/editorial/image-editorial/protrump-protests-over-electoral-college-vote-certification-us-capitol-washington-dc-united-states-06-jan-2021-11695081bj (last viewed January 16, 2021).

Picture 3:



6.      Another still photograph[3] of GIESWEIN outside of the Capitol demonstrates that as he stood in the crowd, he brandished a baseball bat.  Also visible in this photograph of GIESWEIN is a patch for Woodland Wild Dogs and a pouch attached to the front of GIESWEIN's vest that holds GIESWEIN's smartphone, with the camera of the phone facing outward such that if GIESWEIN wished to take smartphone videos of the activity at the Capitol, he would be able to do so without holding his phone:

---

[3]      https:///www.shutterstock.com/editorial/image-editorial/trump-supporters-protest-certification-of-presidentelect-biden-washington-usa-06-jan-2021-11695563bh   (last   viewed January 16, 2021)

Picture 4:



7.      Another video[4] captures GIESWEIN forcibly enter the Capitol through a broken window.  In particular, starting at the approximate 25 second mark, GIESWEIN observes and encourages other rioters as they strike a window—first with a wooden board, and then with a stolen plastic law enforcement shield—until it breaks.  The rioters, including GIESWEIN, then climb through the window into the Capitol.  As GIESWEIN scrambles up into the building, the baseball bat is visible in his hand.

---

[4] https://www.youtube.com/watch?v=jtPmi4BShNM (last viewed January 16, 2021).

Pictures 5 and 6:





8.    I have also viewed a news documentary, titled "Storming the Capitol: The Inside

Story."[5]  In it, at approximately the 15 minutes mark, the news correspondent points out GIESWEIN on the inside of the Capitol window he has climbed through, helping other rioters enter the building through the window.  The correspondent then introduces a brief video interview he had conducted with GIESWEIN in Washington, D.C. the previous day.  In that interview, GIESWEIN says, "What we need to do, is we need to get the corrupt politicians that have been in office for 50-60 years, that have been destroying our country and selling it to the Middle East and Israel out of office and they need to be imprisoned."  When asked what his message is to Congress, GIESWEIN responds, "That they need to get the corrupt politicians out of office.  Pelosi, the Clintons, all of…every single one of them, Biden, Kamala…they have completely destroyed our country and sold them to the Rothschilds and Rockefellers."[6]

9.      Finally, photographs taken inside the Capitol after GIESWEIN's forced entry show that he then stormed the halls of the building.  In the photograph below, taken inside the Capitol, GIESWEIN appears to be holding the spray canister in his hand, and his smartphone is again visible in a chest pouch with its camera facing outward.

---

[5] https://www.youtube.com/watch?v=jJiSmVktty4 (last viewed January 16, 2021)

[6] Your affiant is aware of online and anti-Semitic conspiracy theories hold that shadow forces, including the Rothschild family, secretly control global currency.  *See  e g* , Anti-Defamation League, Quantifying Hate:  A Year of Anti-Semitism on Twitter, available at https://www.adl.org/media/11775/download (last viewed January 16, 2021).

Picture 7:



## **CONCLUSIONS OF AFFIANT**

10.     Based on the foregoing, your Affiant submits that there is probable cause to believe

that GIESWEIN violated:

a.   18 U.S.C. § 111(b), which makes it a crime to forcibly assault, resist, oppose,

impede, intimidate, and interfere with a federal officer using a dangerous weapon.

b.   18 U.S.C. § 1361, 18 U.S.C. §2, which makes it a crime to aid or abet the willful

depredation against any property of the United States.

c.   18 U.S.C. § 1512(c)(2), which makes it a crime to corruptly obstruct, influence, or

impede any official proceeding—to include a proceeding before the Congress—or

make an attempt to do so.

d.  18 U.S.C. § 1752(a), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; (3) knowingly, and with the intent to impede or disrupt the orderly conduct of Government business or official functions, obstruct or impede ingress or egress to or from any restricted building or grounds; or (4) knowingly engage in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a restricted building includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

e.  40 U.S.C. § 5104(e)(2), which makes it a crime for an individual or group of individuals to willfully and knowingly (A) enter or remain on the floor of either House of Congress or in any cloakroom or lobby adjacent to that floor, in the Rayburn Room of the House of Representatives, or in the Marble Room of the Senate, unless authorized to do so pursuant to rules adopted, or an authorization given, by that House; (B) enter or remain in the gallery of either House of Congress in violation of rules governing admission to the gallery adopted by that House or

pursuant to an authorization given by that House; (C) with the intent to disrupt the orderly conduct of official business, enter or remain in a room in any of the Capitol Buildings set aside or designated for the use of— (i) either House of Congress or a Member, committee, officer, or employee of Congress, or either House of Congress; or (ii) the Library of Congress; (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; (E) obstruct, or impede passage through or within, the Grounds or any of the Capitol Buildings; (F) engage in an act of physical violence in the Grounds or any of the Capitol Buildings; or (G) parade, demonstrate, or picket in any of the Capitol Buildings.

11.    As such, I respectfully request that the court issue an arrest warrant for GIESWEIN. The statements above are true and accurate to the best of my knowledge and belief.

SPECIAL AGENT CAMERON GRAHAM
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 16th day of January, 2021.

2021.01.16
15:34:38 -05'00'

ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | | |
|---|---|---|
| United States of America | ) | Case No. 1:21-mj-10-STV |
| v. | ) | |
| Robert Gieswein | ) | Charging District's Case No. |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Columbia

I have been informed of the charges and of my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)  an identity hearing to determine whether I am the person named in the charges;

(3)  production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)  a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)  a hearing on any motion by the government for detention;

(6)  request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒  an identity hearing and production of the warrant.

☐  a preliminary hearing.

☐  a detention hearing.

☐  an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  1/29/2021

S/ ROBERT GIESWEIN — AUTHORIZED IN COURT
*Defendant's signature*

S/ MATTHEW BELCHER — AUTHORIZED IN COURT
*Signature of defendant's attorney*

MATTHEW BELCHER
*Printed name of defendant's attorney*

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:21-mj-00010-STV |
| | ) | |
| ROBERT GIESWEIN | ) | Charging District's |
| *Defendant* | ) | Case No.   21-mj-00085 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of   Columbia _____ ,
*(if applicable)* _____ division.  The defendant may need an interpreter for this language:
_____ .

The defendant:    ☑ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   01/29/2021

s/Scott T. Varholak

*Judge's signature*

Scott T. Varholak, U.S. Magistrate Judge

*Printed name and title*

TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:21-mj-00010-STV All Defendants

Case title: USA v. Gieswein                          Date Filed: 01/19/2021
Other court case number:  21-mj-00085 District of Columbia    Date Terminated: 01/29/2021

Assigned to: Magistrate Judge Scott T.
Varholak

**Defendant (1)**

**Robert Gieswein**                 represented by    **Matthew Kyle Belcher**
*TERMINATED: 01/29/2021*                              Office of the Federal Public Defender-
                                                      Denver
                                                      633 Seventeenth Street
                                                      Suite 1000
                                                      Denver, CO 80202
                                                      303-294-7002
                                                      Fax: 303-294-1192
                                                      Email: Matthew_Belcher@fd.org
                                                      *ATTORNEY TO BE NOTICED*

**Pending Counts**                          **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                       **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                              **Disposition**

COMPLAINT in Violation of 18:111(a)(2),
1361, 2, 1512(c)(2), 1752(a), 40:5104(e)

**Plaintiff**

**USA**                            represented by    **Daniel Robert McIntyre**
                                                      U.S. Attorney's Office-Denver
                                                      1801 California Street

Suite 1600
Denver, CO 80202
303-454-0100
Email: daniel.mcintyre@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/19/2021 | 1 | RULE 5 AFFIDAVIT as to Robert Gieswein from the District of Columbia. (jgonz, ) (Entered: 01/19/2021) |
| 01/19/2021 | 2 | Arrest of Robert Gieswein. Initial Appearance set for 1/19/2021 02:00 PM in Courtroom A 401 before Magistrate Judge Scott T. Varholak. (Text Only entry)(jgonz, ) (Entered: 01/19/2021) |
| 01/19/2021 | 3 | MINUTE ENTRY for Initial Appearance in Rule 5(c)(3) Proceedings (by VTC) as to Robert Gieswein held before Magistrate Judge Scott T. Varholak on 1/19/2021. Defendant present in custody and does not object to proceeding by VTC. Defendant advised. Financial Affidavit accepted by the court. Court appoints counsel. Preliminary Examination, Identity and Detention Hearing set for 1/22/2021 10:00 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. Defendant remanded. Pursuant to the Due Process Protections Act, the Court confirms that United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.(Total time: 7 minutes, Hearing time: 2:25-2:32)<br><br>**APPEARANCES**: Julia Martinez on behalf of the Government, Matthew Belcher on behalf of the defendant, Angela Ledesma on behalf of pretrial. FTR: 401. (morti, ) Text Only Entry (Entered: 01/19/2021) |
| 01/19/2021 | 4 | CJA 23 Financial Affidavit by Robert Gieswein. (morti, ) (Entered: 01/19/2021) |
| 01/19/2021 | 5 | ORDER APPOINTING COUNSEL as to Robert Gieswein by Magistrate Judge Scott T. Varholak on 1/19/2021. Text Only Entry (morti, ) (Entered: 01/19/2021) |
| 01/19/2021 | 6 | NOTICE OF ATTORNEY APPEARANCE: Matthew Kyle Belcher appearing for Robert GiesweinAttorney Matthew Kyle Belcher added to party Robert Gieswein(pty:dft) (Belcher, Matthew) (Entered: 01/19/2021) |
| 01/22/2021 | 7 | MINUTE ENTRY for Preliminary Hearing, Identity and Detention Hearings as to Robert Gieswein held on 1/22/2021 before Magistrate Judge Scott T. Varholak. Defendant present in custody and does not object to proceeding by VTC. The government is ready to proceed with the Detention hearing but requests a one week continuance of the Preliminary Examination hearing. The one week continuance will allow the U.S. Attorneys Office in DC to seek an Indictment. Defendant has no objection to the one week continuance. To the extent that Defendant has a right to an Identity hearing, Defendant would waive that today. The Court will continue the Preliminary Examination and Identity Hearing to 1/29/2021 10:00 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. The court confirms that it has received the character letters that were submitted on behalf of the Defendant. The government also confirms receipt of those letters. Arguments from the government regarding detention. Arguments from defense counsel regarding detention. Statements by the court. Defendant is ORDERED detained. (Total time: 38 minutes, |

| | | Hearing time: 10:26-10:54, 11:17-11:27) |
| --- | --- | --- |
| | | **APPEARANCES**: Julia Martinez on behalf of the Government, Matthew Belcher on behalf of the defendant, Angela Ledesma on behalf of pretrial. FTR: 402. (morti, ) Text Only Entry (Entered: 01/22/2021) |
| 01/22/2021 | 8 | ORDER OF DETENTION as to Robert Gieswein by Magistrate Judge Scott T. Varholak on 1/22/2021. (jgonz, ) (Entered: 01/22/2021) |
| 01/27/2021 | 10 | Arrest Warrant Returned Executed on 1/19/2021 in case as to Robert Gieswein. (jgonz, ) (Entered: 01/29/2021) |
| 01/29/2021 | 11 | MINUTE ENTRY for Preliminary and Identity Hearing proceedings as to Robert Gieswein held before Magistrate Judge Scott T. Varholak on 1/29/2021 by VTC. Defendant present in custody and consents to proceed by VTC. The government informs the Court that an Indictment on the Defendant has been filed in DC and therefore moots the preliminary hearing set for today. The court finds that the preliminary hearing set for today is mooted by the filing of an Indictment in DC. Defense counsel agrees. Defendant waives identity hearing. Waiver of Identity hearing is accepted by the Court. The Defendant and his attorney authorize the court to place their s/signatures on the waiver form. Commitment Order signed and Defendant is remanded to the custody of the U.S. Marshal Service to be transported back to the charging district. Out of an abundance of caution, the court issues the following oral Order: Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the Court confirms that United States continuing duty to disclose material evidence which is favorable to the Defendant as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court (Total time: 6 minutes, Hearing time: 10:33-10:39) <br><br> **APPEARANCES**: Julia Martinez on behalf of the Government, Matthew Belcher on behalf of the defendant. FTR: 402. (morti, ) Text Only Entry (Entered: 01/29/2021) |
| 01/29/2021 | 12 | WAIVER of Rule 5 & 5.1 Hearings by Robert Gieswein (morti, ) (Entered: 01/29/2021) |
| 01/29/2021 | 13 | COMMITMENT TO ANOTHER DISTRICT as to Robert Gieswein. Defendant committed to District of District of Columbia, by Magistrate Judge Scott T. Varholak on 1/29/2021. (morti, ) (Entered: 01/29/2021) |
| 01/29/2021 | 14 | MAGISTRATE CASE TERMINATED as to Robert Gieswein by Magistrate Judge Scott T. Varholak on 1/29/2021. Text Only Entry (morti, ) (Entered: 01/29/2021) |
| 01/29/2021 | 15 | Notice to District of Columbia of Rule 5 or 32 or 40 Initial Appearance: Please use PACER court links to access the public docket and documents. If the District of Colorado has a surrendered passport, it is being mailed to your court via USPS certified mail with return receipt. For a bond transmittal, please contact our case administration specialist at [cod.docketing.uscourts.gov] If you wish to designate a different email address for future transfers, please send your request to InterdistrictTransfer_TXND@txnd.uscourts.gov. as to Robert Gieswein Your case number is:21-mj-00085. (Text Only Entry) (morti, ) (Entered: 01/29/2021) |
| 03/08/2021 | 16 | RESTRICTED DOCUMENT - Level 2: as to Robert Gieswein. (Belcher, Matthew) (Entered: 03/08/2021) |
| 03/08/2021 | 17 | RESTRICTED DOCUMENT - Level 2: as to Robert Gieswein. (Belcher, Matthew) (Entered: 03/08/2021) |
| 03/08/2021 | 18 | Unopposed MOTION for Leave to Restrict by Robert Gieswein. (Belcher, Matthew) |

| | | (Entered: 03/08/2021) |
|---|---|---|
| 03/15/2021 | 19 | ORDER as to Robert Gieswein (1). Good cause appearing and no objection pursuant to D.C.COLO.LCrR 47.1(d) having been filed, 18 Defendant's Motion to Restrict Access is GRANTED and the Clerk of Court is directed to maintain Docket Nos. 16 and 17 under Restriction Level 2. SO ORDERED, by Magistrate Judge Scott T. Varholak on 3/15/2021. Text Only Entry (stvlc1, ) (Entered: 03/15/2021) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/25/2021 15:27:08 | | |
| **PACER Login:** | BrittanyBryant:6635828:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-mj-00010-STV |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**